IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES LOUIS PETERSON, ) | |
| AIS #193772, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | 2:05-CV-567-F |
| ) | |
| GWENDOLYN C. MOSLEY et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 17th day of June, 2005.

                                     **/s/ Delores R. Boyd**
                                      DELORES R. BOYD
                                      UNITED STATES MAGISTRATE JUDGE