IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES LOUIS PETERSON, <br> AIS #193772, <br><br> Petitioner, <br><br> v. <br><br> GWENDOLYN C. MOSLEY et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   2:05-CV-567-F <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Upon review of the habeas petition filed by the Charles Louis Peterson, and for good cause, it is

ORDERED that on or before June 27, 2005 Peterson shall file an amendment to his petition which advises how his conviction and sentence for felony-murder is violative of double jeopardy.

Done this 17th day of June, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE