**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gwendolyn Mosley
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017-2615

C&O 05-567

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brenda Harbuck*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Harbuck
C. Date of Delivery: 6/30/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 5290

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540