# IN THE SUPREME COURT OF ALABAMA



May 13, 2005

**1040973**

Ex parte Charles Louis Peterson. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Charles Louis Peterson v. State of Alabama)   (Montgomery Circuit Court: CC95-2406.63; Criminal Appeals : CR-04-0390).

## CERTIFICATE OF JUDGMENT

## Writ Denied

   The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.
   STUART, J. - Nabers, C.J., and See, Harwood, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this _13th_ day of _May,_ _2005_

Clerk, Supreme Court of Alabama



/bb