In The United States District Court
for The Middle District of Alabama
Northern Division

Charles Louis Peterson
AIS 193772 H
  Petitioner

v.  Civil Action 2:05-CV-567-WKW

Gwendolyn C. Maely
  Respondents

## Requesting Status

The petitioner, Charles Peterson, by and through himself, in the above entitled cause request for a status update on the above said cause. On or about August 2005 petitioner filed "Opposition to Respondents Answer." Due to some reasons unknown or inadequateces in receiving mail petitioner does not know his status. So the petitoner request of this court, Clerk to please advise him on the status of this civil action.

I deeply apologize for any strain that this court or Clerk may have to this request.

Thank you Respectfully
Charles Peterson
Charles Peterson 193772 #

## Certificate of service

I hereby certify that on 3rd day of May, 2007 a copy of the foregoing has been served on the following offices by placing in the United States Mail Class postage prepaid:

Attorney General Criminal Division
11 South Union St
Montgomery, AL 36130-0152

U.S. District Court
Clerks office
P.O. Box 711
Montgomery, AL 36101

Charles Peterson 193772 #

MONTGOMERY AL 361
04 MAY 2007 PM 2 T

Charles Johnson
193772#E2-5B
Easterling Correctional Facility
200 Wallace Dr.
Clio, AL 36017

U.S. District Court Clerk
P.O. Box 711
Montgomery, AL 36101

36101+0711