IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES LOUIS PETERSON, #193772, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-567-WKW |
| | ) |
| GWENDOLYN C. MOSLEY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon consideration of the motion for status of habeas petition filed by the petitioner on May 7, 2007 (Court Doc. No. 14), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

The petitioner is advised that this case is pending on his petition for habeas corpus relief, the respondents' answer thereto and his response to the answer. The petitioner is further advised that *no additional pleadings are necessary for disposition of the issues presented in the petition* and he will be immediately advised of any action taken by the court in this case. While the court is mindful that this petition has been pending before this court on the pleadings since June 14, 2005 and the requisite pleadings filed by the parties as of August 15, 2005, the court's caseload of actions pending under 28 U.S.C. § 2254 makes it extremely difficult to expedite resolution of this or any other cause of action, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the petitioner that a determination of the issues presented

in this case will be undertaken in due course.

    Done this 8th day of May, 2007.


                                            /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE