IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES LOUIS PETERSON,** <br> **AIS # 193772,** <br><br> Petitioner, <br><br> v. <br><br> **GWENDOLYN C. MOSELY,** *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:05-cv-567-WKW <br> ) <br> ) <br> ) <br> ) |

## ORDER

This case is before the court on petitioner's objection (Doc. # 17) to the Recommendation of the Magistrate Judge (Doc. # 16). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation and petitioner's objection, it is ORDERED that:

1. The objection (Doc. # 17) to the Recommendation of the Magistrate Judge is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED;

3. The petition for habeas corpus relief filed by Charles Louis Peterson (Doc. # 1) is DENIED;

4. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 27th day of November, 2007.

                                           /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE