**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CHARLES LOUIS PETERSON,** **AIS # 193772,** | ) ) ) |
| **Petitioner,** | ) ) |
| v. | )   CASE NO. 2:05-cv-567-WKW ) |
| **GWENDOLYN C. MOSELY,** *et al.*, | ) ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is ORDERED, ADJUDGED and DECREED that:

1. The Petition for Writ of Habeas Corpus is DENIED;

2. This action is DISMISSED with prejudiced;

3. The parties shall bear their own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of November, 2007.

                                          /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE