## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**  **TELEPHONE**
CLERK (334) 954-3610

**December 11, 2007**

Mr. Thomas K. Kahn, Clerk                              USDC No. CV-05-W-00567-N
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                                  USCA No. _____
Atlanta, GA 30303

IN RE: CHARLES LOUIS PETERSON V. GWENDOLYN MOSLEY, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

 X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
 X  First Notice of Appeal: X Yes, ___ No   Date(s) of Other Notices: _____
Was there a hearing from which a transcript could be made:
___ Yes, The Court Reporter(s) is/are:
 X  No                Date of Hearing(s): _____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.): _____
 X  IFP X ; and/or APPEALABILITY/CPC is pending in this Court.
___ Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
 X  The Appellate docket fee has been paid; ___Yes, X No: _____ Date , Receipt# _____
___ Appellant has been ___GRANTED; ___DENIED IFP, Copy of Oder enclosed.
___ Appellant has been ___GRANTED; ___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___ Appeal Bond, ___ Supersedeas Bond
 X  The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___ This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
___ Volume(s) of Pleadings, ___ Volume(s) of Transcripts,
___ SEALED ITEMS, ie. ___PSI(s)___; OTHER___; TAPE(s)_____
___ Exhibits: ___Envelope
___ Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Donna M. Norfleet
      Deputy Clerk