# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*U.S. COURT OF APPEALS RECEIVED CLERK DEC 13 2007 ATLANTA, GA.*

December 11, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No. CV-05-W-00567-N

USCA No. 07-15785B

IN RE: CHARLES LOUIS PETERSON V. GWENDOLYN MOSLEY, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [  ]
_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
_X_No                         Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
_X_ IFP _X_; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;___Yes, _X_ No:_____Date , Receipt#_____
___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
  ____Volume(s) of Pleadings, _ Volume(s) of Transcripts,
  ____SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
  ____Exhibits:____Envelope
  ____Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:    Donna M. Norfleet
       Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

December 17, 2007

**Appeal Number: 07-15785-B**
Case Style: Charles Louis Peterson v. Gwendolyn Mosley
District Court Number:  05-00567 CV-W-N

TO:   Charles Louis Peterson (193772)

CC:   Debra P. Hackett

CC:   Cecil G. Brendle, Jr.

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 17, 2007

Charles Louis Peterson (193772)
Easterling CF
200 WALLACE DR
CLIO  AL  36017-2615

**Appeal Number: 07-15785-B**
Case Style: Charles Louis Peterson v. Gwendolyn Mosley
District Court Number: 05-00567 CV-W-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

c: District Court Clerk

Encl.

HAB-1 (11-2007)