Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

January 25, 2008

**Appeal Number: 07-15785-B**
Case Style: Charles Louis Peterson v. Gwendolyn Mosley
District Court Number: 05-00567 CV-W-N

TO:  Charles Louis Peterson (193772)

CC:  Cecil G. Brendle, Jr.

CC:  Debra P. Hackett

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 25, 2008

Charles Louis Peterson (193772)
Easterling CF
200 WALLACE DR
CLIO  AL  36017-2615

**Appeal Number: 07-15785-B**
Case Style: Charles Louis Peterson v. Gwendolyn Mosley
District Court Number: 05-00567 CV-W-N

We have received a copy of the order of the district court declining to issue a certificate of appealability. Rule 22(b) of the Federal Rules of Appellate Procedure provides in part:

> If the district judge has denied the certificate, the applicant may request a circuit judge to issue the certificate. A request addressed to the court of appeals may be considered by a circuit judge or judges, as the court prescribes. If no express request for a certificate is filed, the notice of appeal constitutes a request addresssed to the judges of the court of appeals.

The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within fourteen (14) days from the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

c: District Court Clerk

HAB-3 (04-2005)