Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 24, 2008

**Appeal Number: 07-15785-B**
Case Style: Charles Louis Peterson v. Gwendolyn Mosley
District Court Number: 05-00567 CV-W-N

TO: Debra P. Hackett

CC: Charles Louis Peterson (193772)

CC: Cecil G. Brendle, Jr.

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 24, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15785-B**
Case Style: Charles Louis Peterson v. Gwendolyn Mosley
District Court Number:  05-00567 CV-W-N

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-15785-B

_____

CHARLES LOUIS PETERSON,

                                       Petitioner-Appellant,

versus

GWENDOLYN C. MOSLEY, Warden,
TROY KING, The Attorney General
of the State of Alabama,

                                       Respondents-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

                                       /s/ Charles R. Wilson
                                       UNITED STATES CIRCUIT JUDGE

